UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES,

                    NO. CR-S-99-0270 WBS

       Plaintiff,

  v.

FRANCISCO ACOSTA ASTORGA,           ORDER

       Defendant and Movant.

----oo0oo----

       Defendant, FRANCISCO ACOSTA ASTORGA, has filed a petition for relief pursuant to 28 U.S.C. § 2255.  The United States Attorney shall file a response to the Motion on or before July 13, 2007.  Defendant shall file his reply, if any, on or before July 26, 2007.  The matter will then be taken under submission.

       IT IS SO ORDERED.

DATED:  June 15, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE