McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO ACOSTA ASTORGA,<br><br>　　　　Defendant and Movant. | Case No. 2:99CR00270-WBS<br><br>MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO VACATE JUDGMENT UNDER 28 U.S.C. § 2255 OR ALTERNATIVELY UNDER 28 U.S.C. § 1651 |

　　　On June 14, 2007, the defendant filed a Motion To Vacate Judgment Under 18 U.S.C. § 2255 or Alternatively Under 28 U.S.C. § 1651. The motion consists of a 59 page memorandum accompanied by 465 pages of exhibits. On June 15, 2007, the court issued an Order directing the United States to file a response to the Motion on or before July 13, 2007.

　　　The United States hereby requests an extension of time within which to respond to the Motion to September 14, 2007. The reason for the request is that the United States needs time to obtain from its archives the original file in this case. The United States also needs additional time to review this lengthy motion and its voluminous exhibits, conduct some investigation, fully research the issues raised and prepare a response. Counsel for the

1

1  defendant/movant has no objection to the court granting this
2  extension of time.
3
4  DATED: July 3, 2007                McGREGOR W. SCOTT
                                      United States Attorney
5
6
                                      By: /s/ Mary L. Grad
7                                         MARY L. GRAD
                                          Assistant U.S. Attorney
8
9
10 SO ORDERED.
11 Date:  July 3, 2007
12
                   _____
13                 WILLIAM B. SHUBB
                   UNITED STATES DISTRICT JUDGE