BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
MELINDA J. NYE (SBN 237303)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824
Facsimile: (916) 441-0970

JAMES F. SMITH
ATTORNEY AT LAW
P.O. Box 72451
Davis, CA  95616
Telephone:  (530) 757-1036

Attorneys for Defendant and Movant,
FRANCISCO ACOSTA ASTORGA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>FRANCISCO ACOSTA ASTORGA,<br><br>         Defendant and Movant. | CASE NO.: 2:99CR00270-01 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR REGARDING BRIEFING SCHEDULE |

  IT IS HEREBY STIPULATED between the Defendant, Francisco Acosta Astorga, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant United States Attorney Mary Grad, that the briefing schedule in this matter shall be as follows:  Defendant's Opposition to the Government's Motion to Dismiss Defendant's Motion to Vacate Judgment shall be filed by September 14, 2007, and the

1

Government's Reply to Defendant's Opposition shall be filed by November 2, 2007.

Mr. Astorga filed his Motion to Vacate Judgment on June 14, 2007.  On June 15, 2007, the Court issued an Order directing the Government to file an opposition to the motion by July 13, 2007, and Mr. Astorga to reply to the Government's opposition by July 26, 2007.  On July 3, 2007, at the Government's request, this Court extended the Government's time to file an opposition to the motion to September 14, 2007.

In the meantime, on July 13, 2007, the Government filed a Motion to Dismiss arguing that Mr. Astorga's motion is time barred by section 2255's one year limitation period, that equitable tolling is not merited and that, because he is deemed to be under supervised release while he is in immigration detention, Mr. Astorga is in custody for purpose of section 2255 and ineligible for *coram nobis* relief.  Counsel for Mr. Astorga has been working under an informal arrangement with Assistant United States Attorney Mary Grad, counsel for the Government, pursuant to which Mr. Astorga's opposition to the Government's Motion to Dismiss would be filed by August 30,2 007.  However, there are considerable factual and legal complexities which must be addressed in order to resolve the Government's Motion to Dismiss.

For example, a threshold issue to the Government's equitable tolling argument has to do with the lack of Spanish speaking librarians at the prison where Mr. Astorga served his sentence.  *See Mendoza v. Carey*, 449 F.3d 1065 (9th Cir. 2006) (equitable tolling may be justified by prison law library's lack

1  of Spanish language legal materials and a prisoner's inability
2  to obtain translation assistance).  Counsel for Mr. Astorga is
3  having difficulty obtaining information which may bear on that
4  issue from prison authorities.  Counsel has also had difficulty
5  obtaining access to the United States Probation manual which is
6  not apparently available over the Internet.  Information in the
7  manual may bear on the issue of whether Mr. Astorga is under
8  supervised release while in immigration custody and, therefore,
9  ineligible for *coram nobis* relief.

   Therefore, due to the legal and factual complexities involved in the Government's Motion to Dismiss, the parties require additional time to properly brief the issues involved.

DATED:   August 29, 2007     _/s/ Clyde M. Blackmon for_____
                             MARY GRAD
                             Assistant United States Attorney


                             __/s/ Clyde M. Blackmon_____
                             CLYDE M. BLACKMON
                             Attorney for Defendant and
                             Movant FRANCISCO ACOSTA ASTORGA

**ORDER SETTING BRIEFING SCHEDULE**

GOOD CAUSE APPEARING, for the reasons set forth in the Stipulation between counsel, the following briefing schedule is established:

1. Defendant's Opposition to the Government's Motion to Dismiss shall be filed by September 14, 2007.

2. The Government's Reply to Defendant's Opposition shall be filed by November 2, 2007.

IT IS SO ORDERED.

DATED:  September 4, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE