McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCISCO ACOSTA ASTORGA,<br><br>    Defendant and Movant. | Case No. 2:99CR00270-WBS<br><br>MOTION FOR EXTENSION OF TIME WITHIN WHICH TO REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO DISMISS DEFENDANT'S MOTION TO VACATE JUDGMENT UNDER 28 U.S.C. § 2255 OR ALTERNATIVELY UNDER 28 U.S.C. § 1651 |

On June 14, 2007, the defendant filed a Motion To Vacate Judgment Under 18 U.S.C. § 2255 or Alternatively Under 28 U.S.C. § 1651. The motion consists of a 59 page memorandum accompanied by 465 pages of exhibits. On June 15, 2007, the court issued an Order directing the United States to file a response to the Motion on or before July 13, 2007.

On July 13, 2007, the United States filed a Motion to Dismiss Defendant's request for relief. On September 14, 2007, defendant filed an opposition to the government's motion to dismiss. The opposition raised a new ground for equitable tolling of the one-year statute of limitation based upon law library materials available to the defendant with new exhibits and declarations. The United States needs additional time to review this lengthy opposition and

1

1  investigate law library conditions at the facility where defendant
2  was housed during the relevant period.  The government requests that
3  its reply brief be due on or before November 30, 2007.  Counsel for
4  the defendant/movant has no objection to the court granting this
5  extension of time.

7  DATED: October 29, 2007         McGREGOR W. SCOTT
                                   United States Attorney

                                   By:_/s/ Mary L. Grad_____
10                                    MARY L. GRAD
                                      Assistant U.S. Attorney

13 SO ORDERED.
14 Date: October 30, 2007

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

1