IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Respondent,        No. CR S-99-0270 WBS GGH P

  vs.

FRANCISCO ACOSTA ASTORGA

   Movant.        <u>ORDER</u>

_____/

   Movant, a federal prisoner proceeding with counsel, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Per docket entry # 162, entered on November 21, 2007, the motion has been referred to the undersigned. A motion to dismiss the § 2255 motion was filed by the respondent on July 13, 2007. Movant filed a motion for discovery on November 20, 2007, along with requests for production of documents, as well as notices for the taking of various depositions.

   In failing to notice for hearing either the pending motion to dismiss or the discovery motion, neither respondent nor movant, respectively, has complied with Local Rule 78-230. Therefore, the court will vacate both motions until such time as each have been properly noticed for hearing on this court's law and motion calendar. As to the notices of deposition filed by movant in the docket of this case on November 20, 2007, at docket entry nos. 159, 160 and

1

161, those notices are premature, as movant's discovery motion has not been adjudicated. Therefore, those notices will be vacated as well, and movant is tasked with informing the putative deponents forthwith that they are not currently under subpoena to be deposed.

        Accordingly, IT IS ORDERED that:

        1. Respondent's July 13, 2007, motion to dismiss the pending § 2255 motion is vacated from this court's calendar, pending proper notice of the motion, pursuant to Local Rule 78-230, on the law and motion calendar of the undersigned;

        2. Movant's November 20, 2007, motion for discovery is vacated for lack of proper notice of hearing; movant is directed to file a notice of hearing of the motion, pursuant to Local Rule 78-230, on the court's calendar;

        3. Movant's notices of depositions to be taken, filed on November 20, 2007, at docket entry nos. 159, 160 and 161, are vacated and movant's counsel is directed immediately to inform those noticed therein for the taking of their depositions that they are no longer under subpoena;

        4. No notice of any deposition should be filed or served by any counsel or party until and unless the court grants a discovery motion in that regard, following a hearing on such a motion which has been properly noticed and following the submission of the motion for the court's consideration.

DATED: 11/29/07         /s/ Gregory G. Hollows

        UNITED STATES MAGISTRATE JUDGE

GGH:009
asto0270.vac