BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824
Facsimile: (916) 441-0970

JAMES F. SMITH
ATTORNEY AT LAW
P.O. Box 72451
Davis, CA  95616
Telephone:  (530) 757-1036

Attorneys for Defendant and Movant,
FRANCISCO ACOSTA ASTORGA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>FRANCISCO ACOSTA ASTORGA,<br>         Defendant and Movant. | CASE NO.: 2:99CR00270-01 WBS<br><br>STIPULATION AND ORDER CONTINUING HEARING |

IT IS HEREBY STIPULATED between the Defendant, Francisco Acosta Astorga, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant United States Attorney Mary Grad, that the hearing on the government's Motion to Dismiss and defendant's Motion for Discovery shall be continued from January 10, 2008, to January 11, 2008, at 10:00 a.m. before the Honorable Gregory G. Hollows.

1

Clyde M. Blackmon, one of the attorneys for Mr. Astorga, is also counsel of record for Brendt Anthony Volarvich who is charged in the Yolo County Superior Court with the murder of a California Highway Patrol officer (Yolo County Superior Court case number 05-7249).  The prosecution is seeking the death penalty in that case.  The parties in that case are currently in the process of screening prospective jurors for hardship.  On January 7, 2008, the individual and sequestered voir dire of prospective jurors will commence in that case.

The judge in the Volarvich matter has informed the parties that the Court will be in session Mondays through Thursdays.  Since January 10, 2008, is a Thursday it is necessary that the hearing in this matter be continued to Friday, January 11, 2008.

IT IS SO STIPULATED.

DATED: December 10, 2007      /s/ Clyde M. Blackmon for_____
                              MARY L. GRAD
                              Assistant United States Attorney


                              __/s/ Clyde M. Blackmon_____
                              CLYDE M. BLACKMON
                              Attorney for Defendant and
                              Movant FRANCISCO ACOSTA ASTORGA

## [PROPOSED] ORDER CONTINUING HEARING

GOOD CAUSE APPEARING, for the reasons set forth in the Stipulation between counsel, the date for the hearing on the government's motion to dismiss and the defendant's motion for discovery is hereby continued to January 11, 2008, at 10:00 a.m. IT IS SO ORDERED.

DATED: 12/20/07          /s/ Gregory G. Hollows
                         United States Magistrate Judge

asto0270.stp