IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Respondent, | No. CR S-99-0270 WBS GGH |
| vs. | |
| FRANCISCO ACOSTA ASTORGA, | NOTICE OF SUPPLEMENTAL |
| Movant. | AUTHORITY |
| _____/ | |

In <u>Moore v. Czerniak</u>, __F.3d__, No. 04-15713 (9th Cir. July 28, 2008), a majority of a Ninth Circuit panel determined a case which implicitly found that pre-plea ineffective assistance of counsel in failing to move to suppress was a ground for granting the writ. The majority did not cite <u>United States v. Bohn</u>, 956 F.2d 208, 209 (9th Cir. 1992) or <u>Moran v. Godinez</u>, 57 F.3d 690, 700 (9th Cir. 1994) which stand for the proposition that pre-plea ineffective assistance of counsel claims are not cognizable once a plea is entered. The majority did not explain why, for example, an erroneous decision on a motion to suppress is <u>Tollet</u> barred if a plea is later made, but an ineffective assistance of counsel claim with respect to the suppression motion, or lack thereof, is not. I believe there now exists a split of authority in the Ninth Circuit on the survivability of pre-plea ineffective assistance of counsel claims.

\\\\\

1

1       While the undersigned does not withdraw his Findings and Recommendations in
2 this matter, the district judge should be made aware of this new authority.
3 Dated: 07/28/08

4                                          /s/ Gregory G. Hollows
5                                         UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
asto0270.supp