```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  Hall of Justice
    813 Sixth Street, Suite 450
 4  Sacramento, CA  95814
    Telephone: (916) 441-0824
 5  Facsimile: (916) 441-0970

 6  JAMES F. SMITH
    ATTORNEY AT LAW
 7  P.O. Box 72451
    Davis, CA  95616
 8  Telephone:  (530) 757-1036

 9
    Attorneys for Defendant and Movant,
10  FRANCISCO ACOSTA ASTORGA
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCISCO ACOSTA ASTORGA,<br><br>　　　　Defendant and Movant. | CASE NO.: 2:99CR00270-01 WBS<br>　　　　　　2:07CV1141 WBS<br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING |
|---|---|

IT IS HEREBY STIPULATED between the Defendant, Francisco Acosta Astorga, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant United States Attorney Mary Grad, that the Evidentiary hearing on the defendant's Motion to Vacate Judgment now set to commence on December 1, 2008, shall be continued from December 1, 2008, to January 26, 2009, at 2:00 p.m. before the Honorable William B. Shubb.

1

1  The parties have stipulated to continue the evidentiary
2 hearing because they are interested in pursuing the possibility
3 of settling the matter.  A continuance of the hearing to January
4 26, 2009, will provide time for them to decide if the matter can
5 be resolved without the necessity of an evidentiary hearing.
6 IT IS SO STIPULATED.

DATED: November __, 2008         _/s/ Clyde M. Blackmon for_____
                                 MARY L. GRAD
                                 Assistant United States Attorney


                                 __/s/ Clyde M. Blackmon_____
                                 CLYDE M. BLACKMON
                                 Attorney for Defendant and
                                 Movant FRANCISCO ACOSTA ASTORGA

**ORDER CONTINUING HEARING**

GOOD CAUSE APPEARING, for the reasons set forth in the Stipulation between counsel, the evidentiary hearing on the defendant's Motion to Vacate Judgment is hereby continued to January 26, 2009, at 2:00 p.m.

IT IS SO ORDERED.

DATED: November 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE