```
 1  LAWRENCE R. BROWN
    Acting United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:99-CR-00270-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER |
| FRANCISCO ACOSTA ASTORGA | |
| Defendant and Movant. | |

The defendant movant has filed a motion for summary judgment in the captioned matter. The parties respectfully request that the Court set this matter for a non-evidentiary on **April 6, 2009 at 2:00 p.m.** The parties further request that the court order the following briefing schedule in this case:

- USA Cross Motion/Opposition to Summary Judgment
   on or before March 9, 2009
- Movant/Defendant Opposition/Reply to Summary Judgment on or before
   March 23, 2009

///

///

1

- USA Reply on or before March 30, 2009

- The January 26, 2009 Evidentiary Hearing is vacated.

```
                              LAWRENCE R. BROWN
                              United States Attorney

Date:_____                 ___/s/_____
                              By: MARY L. GRAD
                              Assistant United States Attorney


                              BLACKMON & ASSOCIATES
                              Attorneys for Defendant F. A. Astorga

Date:_____                 ___/s/_____
                              By: CLYDE M. BLACKMON
```

SO ORDERED.

DATED: January 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE