BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 441-0824
Facsimile: (916) 441-0970

JAMES F. SMITH
ATTORNEY AT LAW
P.O. Box 72451
Davis, CA 95616
Telephone: (530) 757-1036

Attorneys for Defendant and Movant,
FRANCISCO ACOSTA ASTORGA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:99CR00270-01 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING EVIDENTIARY HEARING |
| vs. | |
| FRANCISCO ACOSTA ASTORGA, | |
| Defendant and Movant. | |

Francisco Acosta-Astorga, through his counsel Clyde M.
Blackmon, and the United States of America, through its counsel
Assistant United States Attorney Mary Grad, hereby stipulate
that the evidentiary hearing in this matter currently set for
April 6, 2009, at 2:00 p.m., may be continued to May 4, 2009, at
2:00 p.m.

On January 21, 2009, counsel for Mr. Acosta Astorga filed a
Motion for Summary Judgment to be heard at the time scheduled

1  for the evidentiary hearing.  However, in preparing the Motion

2  for Summary Judgment counsel neglected to comply with Local Rule

3  56-260 which requires that a Motion for Summary Judgment "shall

4  be accompanied by a 'State of Undisputed Facts.'"  U.S. District

5  Court for the Eastern District of California, Local Rules of

6  Practice, Rule 56-260.  Counsel is in the process of amending

7  the summary judgment motion to comply with the Rule and will

8  file the amended motion on March 23, 2009.  A continuance of the

9  hearing is necessary to allow the government sufficient time to

10  respond.

11      Therefore, the parties further stipulate that the time for

12  the government to file an opposition to Mr. Acosta's motion be

13  extended to April 6, 2009, and that the time for a reply to the

14  Government's Opposition be extended to April 13, 2009.

15      For the foregoing reasons the parties request the Court to

16  continue the matter from April 6, 2009, to May 4, 2009, at 2:00

17  p.m.

18  IT IS SO STIPULATED.

19

20  DATED: March 17, 2009        _/s/ Clyde M. Blackmon for_____
                                 MARY L. GRAD
21                               Assistant United States Attorney

22

23                               __/s/ Clyde M. Blackmon_____
                                 CLYDE M. BLACKMON
24                               Attorney for Defendant and
25                               Movant FRANCISCO ACOSTA ASTORGA

26

27

28

## ORDER CONTINUING EVIDENTIARY HEARING

GOOD CAUSE APPEARING, for the reasons set forth in the Stipulation between counsel, the evidentiary hearing in this matter is hereby continued to May 4, 2009, at 2:00 p.m.

IT IS FURTHER ORDERED that the government's opposition to Mr. Acosta's Motion for Summary Judgment be filed by April 6, 2009, and that any reply to that opposition be filed by April 13, 2009.

IT IS SO ORDERED.

DATED: March 17, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING EVIDENTIARY HEARING