LAWRENCE G. BROWN
Acting United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:99-CR-00270-WBS |
| Plaintiff, | )<br>)<br>) | STIPULATION AND ORDER |
| v. | ) | |
| FRANCISCO ACOSTA ASTORGA | )<br>) | |
| Defendant and Movant. | ) | |

The parties respectfully request that the Court vacate the current hearing date of May 4, 2009 at 2:00 p.m. in the captioned action and set this matter for a non-evidentiary hearing on the defendant's Motion for Summary Judgment and the Government Motion to Dismiss or for Summary Judgment for June 8, 2009 at 2:00 p.m.

The Briefing schedule will be amended as follows:

Government Motion To Dismiss/Summary Judgment and Opposition to Defendant's Motion to be filed on or before April 27, 2009;

Defendant's Reply to be filed on or before June 1, 2009.

Following the non-evidentiary hearing on June 8, 2009, if the court believes that it is necessary to take testimony from Tony Serra and/or Zenia Gilg, who represented Mr. Astorga in the underlying

1

action and whose representation forms the basis of Mr. Astorga's claim of ineffective assistance of counsel, the parties agree that the testimony of Mr. Serra and/or Ms. Gilg will be taken on August 10, 2009 at 2:00 p.m.  The government will serve subpoenas on Mr. Serra and Ms. Gilg for that date and time.

If the court determines that other testimony should be taken of the defendant or any other witness regarding the pending motions, the parties will agree on a mutually convenient date for that testimony, and coordinate such date or dates with the courtroom deputy.

                                LAWRENCE G. BROWN
                                Acting United States Attorney

Date:_____         ___/s/_____
                                By: MARY L. GRAD
                                Assistant United States Attorney


                                BLACKMON & ASSOCIATES
                                Attorneys for Defendant F. A. Astorga

Date:_____         ___/s/_____
                                By: CLYDE M. BLACKMON

IT IS HEREBY ORDERED THAT

the non-evidentiary hearing on the pending motions will take place on June 8, 2009 at 2:00 pm.  If the court determines that it needs to hear the testimony of Tony Serra and/or Zenia Gilg, that testimony will be taken at an evidentiary hearing on August 10, 2009 at 2:00 pm.

DATED:  April 6, 2009

                                _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE