```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824
Facsimile: (916) 441-0970

JAMES F. SMITH
ATTORNEY AT LAW
P.O. Box 72451
Davis, CA  95616
Telephone:  (530) 757-1036

Attorneys for Defendant and Movant,
FRANCISCO ACOSTA ASTORGA
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 2:99CR00270-01 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | |
| FRANCISCO ACOSTA ASTORGA, | |
| Defendant and Movant. | |

IT IS HEREBY STIPULATED between the Defendant, Francisco Acosta Astorga, through his counsel Clyde M. Blackmon and James F. Smith, and the United States of America, through its counsel Assistant United States Attorney Mary Grad, that the defendant will waive the attorney-client privilege as to communications with his previous attorneys, Tony Serra and Zenia Gilg, only to the extent necessary for litigating the defendant's claim of ineffective assistance of counsel.

1

STIPULATION AND [PROPOSED] ORDER

1   All information obtained by the government pursuant to its
2 motion to discover documents and take depositions, as well as
3 the testimony of trial counsel and petitioner, shall be deemed
4 to be confidential.  These documents, depositions and testimony
5 may be used only by representatives from the Office of the
6 United States Attorney for the Eastern District of California
7 and only for the purpose of litigating the claims presented in
8 the motion to vacate pending before this Court.  Disclosure of
9 the contents of the documents, depositions or testimony may not
10 be made to any other persons or agencies, including any other
11 law enforcement or prosecutorial personnel or agencies, without
12 an order from the Court.
13   The preclusion of the use of information contained in
14 documents, depositions or testimony shall continue in effect
15 after the conclusion of the proceedings now pending in this
16 Court and specifically shall apply in the event of a retrial of
17 all or any portion of petitioner's criminal case, except that
18 either party maintains the right to request modification or
19 vacation of the order upon entry of final judgment in this
20 matter.
21
22 IT IS SO STIPULATED.

23 DATED: June 25, 2009        _/s/ Clyde M. Blackmon for____
24                             MARY L. GRAD
                               Assistant United States Attorney
25

26                             __/s/ Clyde M. Blackmon_____
27                             CLYDE M. BLACKMON
                               Attorney for Defendant and
28                             Movant FRANCISCO ACOSTA ASTORGA

**ORDER**

GOOD CAUSE APPEARING, PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED THAT all information obtained by the government pursuant to its motion to discover documents and take depositions, as well as the testimony of trial counsel and petitioner, shall be deemed to be confidential.  These documents, depositions and testimony may be used only by representatives from the Office of the United States Attorney for the Eastern District of California and only for the purpose of litigating the claims presented in the motion to vacate pending before this Court.  Disclosure of the contents of the documents, depositions or testimony may not be made to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies, without an order from this Court.

The preclusion of the use of information contained in documents, depositions or testimony shall continue in effect after the conclusion of the proceedings now pending in this Court and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except that either party maintains the right to request modification or vacation of the order upon entry of final judgment in this matter.

IT IS SO ORDERED.

DATED: June 26, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE