UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Petitioner,

   v.

FRANCISCO ACOSTA ASTORGA,

        Defendant.

NO. Cr. S-99-0270 WBS

<u>ORDER ISSUING A CERTIFICATE OF APPEALABILITY</u>

----oo0oo----

        Defendant Francisco Acosta Astorga seeks to appeal from this court's Order filed December 4, 2009 denying defendant's motions to vacate his judgment of conviction under 28 U.S.C. § 2255 or alternatively under 28 U.S.C. § 1651. Before defendant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate

1  which specific issue or issues satisfy" the requirement.  28
2  U.S.C. § 2253(c)(3).
3        A certificate of appealability should be granted for
4  any issue that defendant can demonstrate is "'debatable among
5  jurists of reason,'" could be resolved differently by a different
6  court, or is "'adequate to deserve encouragement to proceed
7  further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir.
8  2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).
9        Defendant has made a sufficient showing to justify
10  issuance of a certificate of appealability on the issues of
11  whether his motion under 28 U.S.C. § 2255 was timely and whether
12  he was denied his Sixth Amendment right to effective assistance
13  of counsel.
14        IT IS THEREFORE ORDERED that a certificate of
15  appealability is hereby issued.
16  DATED: February 3, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2