UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FRANCISCO ACOSTA ASTORGA,

        Defendant.

                                  /

CR 99-0270 WBS

ORDER TO RECONVEY REAL PROPERTY

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that bail having been previously exonerated in this matter, the Clerk of the Court is ordered to reconvey the following real property and to forward the Reconveyance to Anita Van Stralen, Escrow Officer, Pioneer Title Company, 411 N. Chelan Avenue, Wenatchee WA 98801:

    Trustors:
        Manuel Pinto
        Maria Pinto

    Property address:
        913 Cashmere Street
        Wenatchee, Washington

    APN: 8502070032

Dated: August 5, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE